**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LESLIE KIRKPATRICK, ) | No. SACV 07-702-AHS(CW) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| GUILLERMINA HALL (Warden), ) | |
| ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:  October 14, 2008 

ALICEMARIE H. STOTLER

---
ALICEMARIE H. STOTLER
Chief United States District Judge